**STINSON LLP**
Richard J.L. Lomuscio (NJ ID No. 038461999)
100 Wall Street, Suite 201
New York, New York 10005
Telephone:      646-883-7471
richard.lomuscio@stinson.com

*Attorney for i360, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 3:24-cv-04345<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FED. R. CIV. P. 7.1, Defendant i360, LLC ("i360") provides the following Corporate Disclosure Statement. No publicly held company owns ten percent (10%) or more of i360's stock.

Pursuant to FED. R. CIV. P. 7.1(a)(2), i360 is a limited liability company formed under the laws of the State of Delaware, whose only member is i360 Holdings, LLC ("i360 Holdings"). i360 Holdings is a limited liability company formed under the laws of the State of Delaware, whose only member is Demeter Analytics Holdings, LLC ("Demeter"). Demeter is a limited liability company formed under the laws of the State of Delaware, whose only member is Koch Industries,

1

Inc. ("Koch Industries"). Koch Industries is a corporation incorporated under the laws of the State of Kansas, with its principal place of business in Wichita, Kansas. i360 files a Diversity Disclosure Statement concurrently herewith.

Pursuant to L.Civ.R. 7.1.1(a), i360 states that no person or entity is providing funding for attorneys' fees and expenses in exchange for: (a) a contingent financial interest based upon the results of the litigation; or (b) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

Dated: March 28, 2024

Respectfully submitted,

*/s/ Richard J.L. Lomuscio*
Richard J.L. Lomuscio
STINSON LLP
100 Wall Street, Suite 201
New York, New York 10005
Telephone:   646-883-7471
richard.lomuscio@stinson.com

*Attorneys for i360, LLC*