**STINSON LLP**
Richard J.L. Lomuscio
100 Wall Street, Suite 201
New York, New York 10005
Telephone:      646-883-7471
richard.lomuscio@stinson.com

*Attorney for i360, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br>                  Plaintiffs, <br><br>      v. <br><br> i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>                  Defendants. | Civil Action No.: 3:24-cv-04345 <br><br> **CERTIFICATE OF SERVICE** |

On behalf of Defendant i360, LLC ("Defendant"), I hereby certify that, on March 28, 2024, I caused a copy of Defendant's Notice of Removal (together with all exhibits annexed thereto) (Doc. 1), Defendant's FED. R. CIV. P. 7.1 Corporate Disclosure Statement (Doc. 2), Defendant's Diversity Disclosure Statement (Doc. 3), and this Certificate of Service (Doc. 4) to be served upon Plaintiffs Atlas Data Privacy Corporation, *et al.* (collectively, "Plaintiffs"), via electronic mail, Federal Express, and personal service to Plaintiffs' counsel of record at the following addresses:

MORGAN & MORGAN
John A. Yanchunis
201 N. Franklin Street, 7th Floor

1

Tampa, Florida 33602
jyanchunis@forthepeople.com

GENOVA BURNS LLC
Rajiv D. Parikh
Kathleen Barnett Einhorn
494 Broad Street
Newark, New Jersey 07102
rparikh@genovaburns.com
keinhorn@genovaburns.com

Dated: March 28, 2024               Respectfully submitted,

                                    */s/ Richard J.L. Lomuscio*
                                    Richard J.L. Lomuscio
                                    STINSON LLP
                                    100 Wall Street, Suite 201
                                    New York, New York 10005
                                    Telephone:    646-883-7471
                                    richard.lomuscio@stinson.com

                                    *Attorneys for i360, LLC*