**STINSON LLP**
Richard J.L. Lomuscio
100 Wall Street, Suite 201
New York, New York 10005
Telephone:      646-883-7471
richard.lomuscio@stinson.com

*Attorneys for i360, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2*, a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No.: 1:24-cv-04345 ) |
| v. | ) ) |
| i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, | ) **SECOND MOTION FOR** ) **EXTENSION OF TIME TO RESPOND** ) **TO PLAINTIFFS' COMPLAINT** ) ) |
| Defendants. | ) |

COMES NOW Defendant i360, LLC ("Defendant"), by and through its undersigned counsel, and moves the Court to extend its deadline to respond to the Complaint filed by Plaintiffs Atlas Data Privacy Corporation, *et al.* ("Plaintiffs").  In support, Defendant states:

1.      Plaintiffs filed their Complaint on February 8, 2024 in the Superior Court in and for Mercer County, New Jersey. (Doc. 1, ¶ 1).  Defendant timely removed to the District of New Jersey on March 28, 2024.  (Doc. 1, *passim*).  On April 1, 2024, Defendant requested a fourteen (14) day clerk's extension to respond to Plaintiffs' Complaint, which the Court granted.  (Doc. 5). Defendant's current deadline to respond to the Complaint is April 18, 2024.

2. This action is one of dozens of "Daniel's Law" cases that Plaintiffs filed in New Jersey and which have been removed to this District. On April 8, 2024, the Court entered an order setting a status conference for April 18, 2024 at 10:00 a.m. to discuss, *inter alia*, subject matter jurisdiction, assignment of claims to Atlas, and the time for defendants to answer or otherwise respond to Plaintiffs' complaints. (Doc. 7). The Court ordered that all Daniel's Law actions – including this case – are stayed through April 18, 2024.

3. Based on the nature of the order, Defendant anticipates that the Court may set a coordinated briefing schedule for motions to dismiss and/or otherwise provide guidance on key issues bearing on Defendant's response to the Complaint (*e.g.*, subject matter jurisdiction and the purported mass assignment of claims to Atlas). Unfortunately, however, Defendant's current deadline to respond to the Complaint is April 18th (*i.e.*, the same day as the status conference and on which the stay expires). Defendant would like more time between the hearing and its responsive pleading deadline so that it can adapt the nature and timing of its response in keeping with the Court's instructions.

4. As such, Defendant respectfully requests that the Court enter an order extending its deadline to answer, move to dismiss, or otherwise respond to Plaintiffs' Complaint for: (a) for a period of approximately thirty (30) days, through and including May 20, 2024; or (b) such other deadline as may be set by the Court at the hearing on April 18, 2024.

5. On April 10, 2024, Defendant's counsel asked Plaintiffs' counsel whether they would consent to the requested extension. As of the time of this filing, Plaintiffs' counsel has not responded.

WHEREFORE, pursuant to L.Civ.R. 6.1, Defendant requests that the Court grant this motion and extend Defendant's time to answer, move to dismiss, or otherwise respond to

Plaintiffs' Complaint, through and including May 20, 2024, or such other time as may be set by the Court. Defendant submits a proposed order concurrent with the filing of this motion.

Dated: April 11, 2024                    Respectfully submitted,

_/s/ Richard J.L. Lomuscio_
Richard J.L. Lomuscio
STINSON LLP
100 Wall Street, Suite 201
New York, New York 10005
Telephone:    646-883-7471
richard.lomuscio@stinson.com

*Attorneys for i360, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2024, a true and correct copy of Defendant's *Second Motion for Extension of Time Pursuant to Local Civil Rule 6.1* was electronically filed with the Clerk of the District Court via the Court's CM/ECF system, which sent notice of electronic filing to all counsel of record.

Dated: April 11, 2024                          */s/ Richard J.L. Lomuscio*
                                                                     Richard J.L. Lomuscio