**STINSON LLP**
Richard J.L. Lomuscio
100 Wall Street, Suite 201
New York, New York 10005
Telephone:     646-883-7471
richard.lomuscio@stinson.com
*Attorneys for i360, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2*, a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, | |
| Plaintiffs, | Civil Action No.: 3:24-cv-04345-MAS-TJB |
| v. | |
| i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, | NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF MATTHEW D. MODERSON |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 101.1(c) of the United States District Court for the District of New Jersey, Defendant i360, LLC ("Defendant"), by and through its undersigned counsel respectfully requests *pro hac vice* admission of Matthew D. Moderson from the law firm Stinson LLP to represent it in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon the supporting Certification of Richard J.L. Lomuscio and Certification of Matthew D. Moderson submitted herewith.

1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also submitted herewith.

Dated: April 15, 2024                                   Respectfully submitted,

                                                        */s/ Richard J.L. Lomuscio*
                                                        Richard J.L. Lomuscio
                                                        STINSON LLP
                                                        100 Wall Street, Suite 201
                                                        New York, New York 10005
                                                        Telephone:   646-883-7471
                                                        richard.lomuscio@stinson.com
                                                        *Attorneys for i360, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the District Court via the Court's CM/ECF system, which sent notice of electronic filing to all counsel of record.

Dated: April 15, 2024                                   */s/ Richard J.L. Lomuscio*
                                                        Richard J.L. Lomuscio