IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2*, a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs*,*<br><br>v.<br><br>i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 3:24-cv-04345-MAS-TJB<br>)<br>)<br>)<br>) [PROPOSED]<br>) **ORDER ADMITTING**<br>) **MATTHEW D. MODERSON**<br>) **PRO HAC VICE**<br>)<br>) |

This matter having come before the Court on Defendant's Motion for *Pro Hac Vice* Admission of Matthew D. Moderson pursuant to Local Civil Rule 101.1(c), and the Court having reviewed and considered the party's submissions.

**IT IS** on this 17th day of April, 2024, **ORDERED THAT**:

(1)  Matthew D. Moderson of the firm Stinson LLP is hereby admitted *pro hac vice* on behalf of Defendant i360, LLC in the above matter pursuant to Local Civil Rule 101.1(c);

(2)  All notices, pleadings, and other filed papers with the Court in this matter shall be served upon Richard J.L. Lomuscio of the firm Stinson LLP, counsel for Defendant i360, LLC and that Richard Lomuscio shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith;

1

(3)  Matthew D. Moderson shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall make such payment for each year in which he continues to appear *pro hac vice* in this matter; and

(4)  Matthew D. Moderson shall make payment of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3) as amended, within 20 days from the date of the executed Order.

*Harvey Bartle III*
Hon. Harvey Bartle III
United States District Judge

2