UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY CORPORATION, as assignee, et al.,

        Plaintiff(s),

v.

i360, LLC, et al.,

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 1:24-cv-04345-HB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

                                            /s/ Richard Lomuscio

                                            Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Matthew D. Moderson

Address: Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

E-mail: matt.moderson@stinson.com

(One email address only)