**STINSON**

Richard J.L. Lomuscio
**PARTNER**
OFFICE: 646.883.7471

richard.lomuscio@stinson.com

*Via Electronic Filing System*

October 11, 2024

Honorable Harvey Bartle III
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. i360, LLC, et al.* (No. 1:24-cv-04345-HB)
      Joinder in Defendants' Supplemental Brief in Support of Motion to Dismiss

Dear Judge Bartle:

Stinson LLP represents Defendant i360, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Supplemental Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, which will be filed today under Doc. No. 65 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-04105-HB (the "Supplemental Brief") and is incorporated herein by this reference.

For the reasons set forth in the Supplemental Brief, Defendant respectfully requests that the Court grant Defendants' motion and dismiss Plaintiffs' Complaint in this matter with prejudice. Defendant expressly reserves all other grounds for moving to dismiss Plaintiffs' Complaint.

Respectfully submitted,

**Stinson LLP**

*/s/ Richard J.L. Lomuscio*

Richard J.L. Lomuscio


cc:   Matthew D. Moderson
      Counsel of Record (*via* ECF)

