# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br>)<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff* )<br>         v. )<br> )<br> <u>Scalable Commerce, LLC, et. al.</u> )<br>  *Defendant* ) | | Case No. 24-4160 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff* )<br>         v. )<br> )<br> <u>Labels & Lists, Inc., et. al.</u> )<br>  *Defendant* ) | | Case No. 24-4174 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff* )<br>         v. )<br> )<br> <u>Innovis Data Solutions Inc., et. al.</u> )<br>  *Defendant* ) | | Case No. 24-4176 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff* )<br>         v. )<br> )<br> <u>Accurate Append, Inc., et. al.</u> )<br>  *Defendant* ) | | Case No. 24-4178 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>  *Plaintiff* )<br>         v. )<br> )<br> <u>Zillow, Inc., et. al.</u> )<br>  *Defendant* ) | | Case No. 24-4256 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|        v.   ) | Case No. 24-4261 | |
|   ) | | |
| <u>Equimine, Inc., et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|        v.   ) | Case No. 24-4292 | |
|   ) | | |
| <u>Melissa Data Corp., et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|        v.   ) | Case No. 24-4324 | |
|   ) | | |
| <u>Restoration of America, et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|        v.   ) | Case No. 24-4345 | |
|   ) | | |
| <u>i360, LLC, et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|        v.   ) | Case No. 24-4380 | |
|   ) | | |
| <u>GoHunt, LLC, et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4383 |
| | ) | |
| <u>Accuzip, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4385 |
| | ) | |
| <u>Synaptix Technology, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4389 |
| | ) | |
| <u>Joy Rockwell Enterprises, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4390 |
| | ) | |
| <u>Fortnoff Financial, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4392 |
| | ) | |
| <u>MyHeritage, Ltd., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br>             v. )<br> )<br> <u>E-merges.com, Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br>             v. )<br> )<br> <u>Nuwber, Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br>             v. )<br> )<br> <u>RocketReach LLC, et. al.</u> )<br> *Defendant* ) | | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br>             v. )<br> )<br> <u>Belles Camp Communications, Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br>             v. )<br> )<br> <u>Property Radar Inc., et. al.</u> )<br> *Defendant* ) | | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  <br> *Plaintiff*  )  <br> v.  )  <br> )  <br> <u>The Alesco Group, L.L.C., et. al.</u>  )  <br> *Defendant*  )  | | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  <br> *Plaintiff*  )  <br> v.  )  <br> )  <br> <u>Searchbug, Inc., et. al.</u>  )  <br> *Defendant*  )  | | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  <br> *Plaintiff*  )  <br> v.  )  <br> )  <br> <u>Amerilist, Inc., et. al.</u>  )  <br> *Defendant*  )  | | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  <br> *Plaintiff*  )  <br> v.  )  <br> )  <br> <u>U.S. Data Corporation, et. al.</u>  )  <br> *Defendant*  )  | | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )  <br> *Plaintiff*  )  <br> v.  )  <br> )  <br> <u>Smarty, LLC, et. al.</u>  )  <br> *Defendant*  )  | | Case No. 24-8075 |

| | |  | |
|---|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. 24-8451 | |
| | ) | | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | | |
| *Defendant* | ) | | |
| | | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. 24-10600 | |
| | ) | | |
| <u>Darkowl, LLC, et. al.</u> | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: 12/6/2024

Attorney's signature

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*