**STINSON LLP**
Richard J.L. Lomuscio (NJ ID No. 038461999)
100 Wall Street, Suite 201
New York, New York 10005
Telephone:    646-883-7471
richard.lomuscio@stinson.com

*Attorney for i360, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2*, a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 1:24-cv-04345-HB |
| v. | ) ) | |
| i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, | ) ) ) ) ) ) | **AMENDED FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) | |

Pursuant to FED. R. CIV. P. 7.1, Defendant i360, LLC provides the following Corporate Disclosure Statement. Koch, Inc. is the parent corporation of i360, LLC. Koch, Inc. is a privately held corporation.

Pursuant to L.Civ.R. 7.1.1(a), i360 states that no person or entity is providing funding for attorneys' fees and expenses in exchange for: (a) a contingent financial interest based upon the results of the litigation; or (b) a non-monetary result that is not in the nature of a personal or bank loan or insurance.

CORE/3530819.0002/195145051.1

Dated: January 15, 2025                    Respectfully submitted,

                                           */s/ Richard J.L. Lomuscio*
                                           Richard J.L. Lomuscio
                                           STINSON LLP
                                           100 Wall Street, Suite 201
                                           New York, New York 10005
                                           Telephone:      646-883-7471
                                           richard.lomuscio@stinson.com

                                           *Attorneys for i360, LLC*

CORE/3530819.0002/195145051.1