

Richard J.L. Lomuscio
**PARTNER**
OFFICE: 646.883.7471

richard.lomuscio@stinson.com

*Via Electronic Filing System*

March 18, 2025

Honorable Harvey Bartle III
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. i360, LLC, et al.* (No. 1:24-cv-04345-HB)
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint Pursuant to
Fed. R. Civ. P. 12(b)(6)

Dear Judge Bartle:

Stinson LLP represents Defendant i360, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which was filed today under Doc. No. 59 in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.*, Civil Action No. 1:24-cv-04075-HB (the "Consolidated Motion") and is incorporated herein by this reference.

For the reasons set forth in the Consolidated Motion, Defendant respectfully requests that the Court grant Defendants' motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Richard J.L. Lomuscio*

Richard J.L. Lomuscio

cc:   Matthew D. Moderson
Counsel of Record (*via* ECF)

