**STINSON LLP**
Richard J.L. Lomuscio
100 Wall Street, Suite 201
New York, New York 10005
Telephone: (646) 883-7471
richard.lomuscio@stinson.com

*Attorneys for i360, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>i360, LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>　　　　　Defendants. | Civil Action No.: 1:24-cv-04345-HB <br><br> **NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF NICOLE KHALOUIAN** |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 101.1(c) of the United States District Court for the District Court of New Jersey, Defendant i360, LLC ("Defendant"), by and through its undersigned counsel respectfully requests *pro hac vice* admission of Nicole Khalouian from the law firm Stinson LLP to represent it in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon the supporting Certification of Richard J.L. Lomuscio and Certification of Nicole Khalouian submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also submitted herewith.

Dated: March 27, 2025                                  Respectfully submitted,

                                                       By: /s/ *Richard J.L. Lomuscio*
                                                           Richard J.L. Lomuscio
                                                           STINSON LLP
                                                           100 Wall Street, Suite 201
                                                           New York, New York 10005
                                                           Telephone: (646) 883-7471
                                                           richard.lomuscio@stinson.com

                                                           *Attorneys for i360, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the District Court via the Court's CM/ECF system, which sent notice of electronic filing to all counsel of record.

| | |
|---|---|
| Dated: March 27, 2025 | By: /s/ *Richard J.L. Lomuscio* <br> Richard J.L. Lomuscio |