

Jessica A. Merejo, Esq.
Senior Associate
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1973.567.7832

February 6, 2026

<u>VIA ECF</u>
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

   Re: <u>Atlas Data Privacy Corp. et al. v. i360, et al.</u>
      **Civil Action No. 24-04345**

Dear Judge Bartle:

  This firm represents Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned matter.

  We have conferred with counsel Defendant i360, and have reached an agreement that the proposed Protective Order attached to this letter should be entered in this case to facilitate discovery and protect the parties' confidential information. We ask that the Court so enter it.

            Respectfully submitted,

            **PEM LAW LLP**
            *Attorneys for Plaintiffs*

             s/ Jessica A. Merejo
            JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)

4117090.1