

Jessica A. Merejo, Esq.
Senior Associate
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

February 6, 2026

**VIA ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    **Atlas Data Privacy Corp. et al. v. i360, et al.**
                **Civil Action No. 24-04345**

Dear Judge Bartle:

    This firm represents Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*, and the individual plaintiffs (collectively, "Plaintiffs") in the above-captioned matter. Plaintiffs respectfully submit the enclosed Corrected Confidentiality Order for the Court's review and approval, which supersedes the Confidentiality Order entered on February 9, 2026 (ECF No. 85).

    Plaintiffs appreciate the Court's attention to this matter.

                                      Respectfully submitted,

                                      **PEM LAW LLP**
                                      *Attorneys for Plaintiffs*

                                      *s/ Jessica A. Merejo*
                                      JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)

4117090.1