```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
i360, LLC, et al.                 :       NO. 24-4345
```
---
```
ATLAS DATA PRIVACY                :       CIVIL ACTION
CORPORATION, et al.               :
                                  :
        v.                        :
                                  :
COMPACT INFORMATION SYSTEMS,      :       NO. 24-8451
LLC, et al.                       :
```

ORDER

AND NOW, this 10th day of March 2026, it is hereby ORDERED that the status conference in the above actions scheduled for Tuesday, March 17, 2026 at 11:00 a.m. is cancelled.

BY THE COURT:


/s/   Harvey Bartle III
                                                        J.

1