UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**OFFICE:** CAMDEN                           **PROCEEDING DATE**: May 19, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Kori DiMattia


**TITLE OF CASE:**                           **DOCKET #:** 1:24-cv-4345 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
i360, LLC, et al.


**APPEARANCES:**
SEE ATTACHED LIST


**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.


Time Commenced: 10:00 a.m.
Time Adjourned:    10:46 a.m.
Total Time: 1 Minutes

s/ Ivannya Fitzgerald
**DEPUTY CLERK**