UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Megan McKay-Soule

**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4345 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
i360, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:    10:52 a.m.
**Total Time**: 1 Minutes

s/ Ivannya Fitzgerald
**DEPUTY CLERK**