PEM LAW LLP

**Jessica A. Merejo, Esq.**
**Counsel**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

August 28, 2026

**VIA CM/ECF**
Hon. Harvey Bartle, III, U.S.D.J.
United States District Court for the
District of New Jersey (by designation)
c/o United States District Court for
the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: In re Daniel's Law Compliance Litigation**
***Plaintiffs' Motion to Compel***

Dear Judge Bartle:

We write regarding the motions to compel that Plaintiffs filed with the Court this morning, August 28, 2026, seeking to compel certain defendants' participation in Electronically Stored Information ("ESI") conferences. Plaintiffs respectfully advise the Court that those motions were filed in error as to the three defendants identified below and hereby withdraw the motions to compel as to those defendants only:

| Matter | Civil Action No. |
|---|---|
| i360, LLC | 1:24-cv-04345 |
| Smarty, LLC | 1:24-cv-08075 |
| Nuwber, Inc. | 1:24-cv-04609 |

As it turns out, each of these defendants did, in fact, respond to Plaintiffs' request to schedule an ESI conference. Due to an inadvertent oversight — attributable to several individuals in our office, including the undersigned, being out of the office — those responses were not

PEM LAW LLP

accounted for at the time the motions were prepared and filed. Plaintiffs regret the error and any inconvenience it may have caused the Court and these defendants.

Plaintiffs and counsel for i360, LLC, Smarty, LLC, and Nuwber, Inc. are now working cooperatively to finalize ESI conferences for the week of August 31, 2026. Accordingly, Plaintiffs do not, at this time, anticipate the need for further Court intervention as to these three defendants.

We thank the Court for its continued attention to these matters.

Respectfully submitted,

**PEM LAW LLP**
*Attorney for Plaintiffs*

By: s/ *Jessica A. Merejo*
JESSICA A. MEREJO

JAM/
cc: All counsel of record (via ECF)